Bradley J. Swingle, SBN 171535
Our File No. 10256
**ARATA, SWINGLE, VAN EGMOND & HEITLINGER**
**A Professional Law Corporation**
1207 I Street
Post Office Box 3287
Modesto, California 95353
Telephone: (209) 522-2211
Facsimile: (209) 522-2980
bswingle@arata-law.com

Attorneys for Defendants
CITY OF RIPON, et. al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO MALDONADO, | Case No.: 2:17-cv-00478-TLN-KJN |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING SCHEDULING ORDER AND EXTENDING PRETRIAL DEADLINES [F.R.C.P. 16(b)4]** |
| v. | |
| CITY OF RIPON, et. al., | **Honorable Troy L. Nunley** |
| Defendants. | **United States District Judge** |
| _____/ | |

Eduardo Maldonado ("Plaintiff") and the City of Ripon, Richard Francis, Raul Hernandez, and Anthony DeMarinis ("Defendants"), through their respective attorneys of record, hereby request that the Court reschedule certain dates set by this Court in the Pre-Trial Scheduling Order [ECF 43].

WHEREAS, Plaintiff filed a First Amended Complaint on March 27, 2017 [ECF 5];

WHEREAS, Defendants filed a 12(b)(6) Motion to Dismiss on April 18, 2017 [ECF 7]

WHEREAS, the Court issued an Order Granting in Part and Denying in Part Defendants' Motion to Dismiss on October 24, 2018 [ECF 24];

WHEREAS, Plaintiff filed a Second Amended Complaint [erroneously named First Amended Complaint] on April 12, 2018 [ECF 29];

STIPULATION AND ORDER MODIFYING SCHEDULING ORDER AND EXTENDING PRETRIAL DEADLINES [F.R.C.P. 16(b)4]- 1

WHEREAS, Defendants filed a 12(b)(6) Motion to Dismiss portions of the Second Amended Complaint on January 2, 2019 [ECF 31]

WHEREAS, the Court issued an Order Granting Defendants' Motion to Dismiss portions of the Second Amended Complaint on June 30, 2021 [ECF 39];

WHEREAS, the parties filed a Joint Scheduling Report on September 15, 2021 [ECF 42]

WHEREAS, the Court issued a Pretrial Scheduling Order on September 21, 2021 [ECF 43], setting the following dates:

1. Fact discovery to be completed by August 26, 2022;
2. Expert disclosures to be served on October 20, 2022, and all dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications shall be heard by February 23, 2023;

WHEREAS, the parties have been in settlement discussions and have held off on conducting extensive non-expert discovery in an attempt to save money. These discussions are ongoing.

WHEREAS, the parties met and conferred via email on August 25, 2022, to discuss an extension of the pre-trial discovery and disclosure dates and all parties herein are in agreement that the pre-trial deadlines in the Scheduling Order be extended.

WHEREAS, F.R.C.P. 16(b)(4) requires good cause and judicial consent as prerequisites to modifying a scheduling order. The parties submit that good cause exists to modify the scheduling order for the reasons set forth herein. In addition, the interests of justice will be served by an order modifying the September 21, 2021 Scheduling Order;

WHEREAS, this is the first request to modify the Scheduling Order;

NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY STIPULATE AND MOVE THE COURT FOR AN ORDER MODIFYING THE SEPTEMBER 21, 2021 SCHEDULING ORDER AND RESETTING THE FOLLOWING DEADLINES:

1. Fact discovery shall be completed by February 26, 2023;
2. Expert disclosures shall be served on April 20, 2023;
3. Rebuttal expert witnesses shall be exchanged by June 5, 2023;

STIPULATION AND ORDER MODIFYING SCHEDULING ORDER AND EXTENDING PRETRIAL DEADLINES [F.R.C.P. 16(b)4]- 2

    4.    Expert discovery shall be completed by August 5, 2023;

    5.    All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be heard by August 23, 2023.

Dated: August 31, 2022.

By   /s/ Steve Whitworth (approved 8/30/22)
STEVE WHITWORTH, ESQ.
Attorney for Plaintiff
EDUARDO MALDONADO

Dated: August 31, 2022.    LAW OFFICES OF J. DAVID NICK

By   /s/ J. David Nick (approved 8/30/22)
J. DAVID NICK
Attorney for Plaintiff
EDUARDO MALDONADO

Dated: August 31, 2022.    ARATA, SWINGLE, VAN EGMOND & HEITLINGER
A Professional Law Corporation

By   /s/ Bradley J. Swingle
BRADLEY J. SWINGLE
Attorneys for Defendants
THE CITY OF RIPON, RICHARD FRANCIS,
RAUL HERNANDEZ, and ANTHONY DEMARINIS

//
//
//
//
//
//
//
//

STIPULATION AND ORDER MODIFYING SCHEDULING ORDER AND EXTENDING PRETRIAL DEADLINES [F.R.C.P. 16(b)4]- 3

**ORDER**

Pursuant to the stipulation of the parties, and good cause being shown thereby, it is hereby ORDERED that the Scheduling Order dated September 21, 2021, be modified as follows:

1. Fact discovery shall be completed by **February 27, 2023**;
2. Expert disclosures shall be served on April 20, 2023;
3. Rebuttal expert witnesses shall be exchanged by June 5, 2023;
4. Expert discovery shall be completed by **August 7, 2023**;
5. All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be heard by **August 24, 2023**.

**IT IS SO ORDERED.**

Dated: August 31, 2022

_____
Troy L. Nunley
United States District Judge